441 A.2d 442

Commonwealth v. Harris, Appellant.

Argued January 7, 1981. Mark S. Sigmond, for appellant; Donald Corriere, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.